United States District Court
Southern District of Texas
**ENTERED**
August 12, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JADA MONAE RHODES, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-cv-04221 |
| § | |
| STERLING MCCALL NISSAN, *et al.*, § § § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On June 14, 2022, Defendants' Motion to Dismiss (Dkt. 18) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 21. Judge Edison filed a Memorandum and Recommendation on July 27, 2022, recommending the motion be **GRANTED** in part and **DENIED** in part. *See* Dkt. 29.

On August 10, 2022, Plaintiff filed a Response to Defendant's Reply for Motion to Dismiss. *See* Dkt. 30. Because this document was filed after Judge Edison issued a Memorandum and Recommendation in this matter, I will consider Plaintiff's latest pleading as timely filed objections to Judge Edison's Memorandum and Recommendation. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the Memorandum and Recommendation, the pleadings, and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 29) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss (Dkt. 18) is **GRANTED** as to Plaintiff's Fair Credit Reporting Act claim; the claims brought under 18 U.S.C. §§ 1341, 1343, and 1951; the claim brought under 12 U.S.C. § 83; and the Truth in Lending Act ("TILA") claim to the extent that Plaintiff seeks recission of the vehicle transaction. However, the motion is **DENIED** as to Plaintiff's TILA claim to the extent Plaintiff claims that Defendants failed to disclose certain terms and conditions of the transaction.

It is so **ORDERED**.

SIGNED and ENTERED this 11th day of August 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE