United States District Court
Southern District of Texas
**ENTERED**
August 09, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JADA MONAE RHODES, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-cv-04221 |
| | § | |
| STERLING MCCALL NISSAN, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 5, 2022, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 24. Judge Edison filed a Memorandum and Recommendation on July 24, 2023, recommending that a Motion for Summary Judgment by defendants are McCall-N, Ltd. d/b/a Sterling McCall Nissan ("Sterling McCall") and its employees Adel Altaire, Efrain Portillo, and Gregory Belton (collectively, the "Sterling McCall Defendants") (Dkt. 41) be **GRANTED**. Dkt. 44. Judge Edison also sua sponte recommended that Plaintiff's claims against the remaining, unserved defendant—Chartway Financial Services, LLC, d/b/a Chartway Federal Credit Union ("Chartway")—be dismissed pursuant to Federal Rule of Civil Procedure 4(m). *Id.*

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 44) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) the Sterling McCall Defendants' Motion for Summary Judgment (Dkt. 41) is **GRANTED**;

(3) Plaintiff's claims against Chartway are dismissed without prejudice for failure to effectuate service pursuant to Rule 4(m).

It is so **ORDERED**.

SIGNED and ENTERED this 9th day of August 2023.

                                         _____
                                               GEORGE C. HANKS, JR.
                                               UNITED STATES DISTRICT JUDGE